UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| MICHAEL BRIAN KEITH, | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Case No. CV409-148 |
| OFFICERS: LEPRETINCE MAYES, KERRY THOMAS, JEREMY McKNIGHT, SEAN ORGEN, MICHAEL DOBSON, DARRIN MITCHELL, ROMEL PETIT-FRERE, and JADA FLOWERS, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## ORDER

Civil rights plaintiff Michael Brian Keith requests a meeting "in accordance with Rule 26(f) of the Federal Rules of Civil Procedure." (Doc. 28.) Rule 26(f)(1), however, exempts prisoners and detainees from the otherwise mandatory Rule 26(f) conference. Fed. R. Civ. P. 26(f)(1) ("Except in a proceeding exempted from initial disclosures under Rule 26(a)(1)(B) . . . the parties must confer as soon as practicable . . . ."); Fed. R. Civ. P. 26(a)(1)(B) ("an action brought without an attorney by a person

in custody of the United States, a state, or a state subdivision" is exempt from initial disclosures). Accordingly, plaintiff's request is **DENIED**.

**SO ORDERED** this  14th  day of June, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA